EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., 7th Floor
Washington, D.C. 20037
Attorneys for Plaintiff
Epstein Becker & Green, P.C.

**Document Electronically Filed**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C.,<br>1227 25th Street, N.W.<br>7th Floor<br>Washington, D.C. 20037<br><br>                Plaintiff,<br><br>vs.<br><br>PRINCETON HOLDINGS INTERNATIONAL, INC.,<br>3350 Riverwood Parkway<br>Suite 1900<br>Atlanta, Georgia 30339<br><br>                Defendant. | CIVIL ACTION NO.<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

---

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Epstein Becker & Green, P.C., hereby discloses the following corporate information:

Epstein Becker & Green, P.C. is a New York Professional Corporation duly organized under the laws of the State of New York. There are no publicly traded corporations that own ten percent or more of Epstein Becker & Green, P.C.

DATED: September 27, 2022                */s/ George B. Breen*
                                                   **George B. Breen** (DC #428665)
                                                   Epstein Becker & Green, P.C.
                                                   1227 25th Street, NW, 7th Floor
                                                   Washington, D.C. 20037
                                                   Telephone: (202) 861-0900
                                                   Fax: (202) 296-2882
                                                   Email: gbreen@ebglaw.com